# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HAIN BLUEPRINT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16-CV-1758-SNLJ |
| ) | |
| BLUEPRINT COFFEE, LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant Blueprint Coffee, LLC's, motion to amend the case management order (#52). The parties agree to three amendments, and the case management order will be amended as follows:

- Paragraph (I)(3)(c) of the case management order shall be amended to provide:

  Defendant must disclose all expert witnesses related to issues of liability and provide the reports required by Fed. R. Civ. P. 26(a)(2) no later than February 22, 2018, and must make the expert witnesses available for depositions and have the depositions completed no later than March 22, 2018. **Defendant must disclose all expert witnesses related to the issue of damages and provide the reports required by Fed. R. Civ. P. 26(a)(2) no later than May 29, 2018, and must make the expert witnesses available for depositions and have the depositions completed no later than June 12, 2018.**

- Plaintiff must file any *Daubert* motion on defendant's damages expert by June 26, 2018.

- Both Plaintiff and Defendant are required to produce the damages expert's file materials, subject to any claims of privilege reflected on a privilege log, concurrently with the expert's report.

Accordingly,

1

**IT IS HEREBY ORDERED** that defendant's motion to amend the case management order is **GRANTED** as explained above.

So ordered this  19th  day of March 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE